IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DURRELL JAMES,

   Plaintiff,

     v.

JUDGE HICKS
(F.C.C.C.), et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:11-CV-4093-TWT

ORDER

This is a pro se civil rights action against various persons involved in his criminal case in Fulton County. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending dismissing the action for failure to state a claim. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 17 day of September, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge